# Third District Court of Appeal

## State of Florida

Opinion filed March 20, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0717
Lower Tribunal No. 20-3904
_____

**Mohamed Elsarky, et al.,**
Appellants,

vs.

**U.S. Bank Trust National Association, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Grossman Law Florida, LLC, and Alan Bryce Grossman (Plantation), for appellants.

Burr & Forman LLP, and Gennifer L. Bridges and Jacqueline Simms-Petredis (Orlando), for appellee.

Before SCALES, MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed.